In the Matter of JOHN C. CREVELING & SON CORPORATION, Respondent.

PHILIP COHEN, doing Business under the Firm Name of MARCUS COHEN & SON, et al., Appellants; EDWARD G. ELKINS, Respondent.

Submitted June 14, 1940; decided July 24, 1940.

*Harry G. Anderson, Samuel Bader* and *Maxwell B. Washor* for appellants.

*Abraham Apat* for John C. Creveling & Son Corporation, respondent.

*Louis J. Weinshenker, Alan G. Fleischer* and *William F. Litter* for Edward G. Elkins, respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.